IN THE UNITED STATES DISTRICT COURT FOR
THE MIDDLE DISTRICT OF TENNESSEE
NORTHEASTERN DIVISION

| | |
|---|---|
| NETTIE J. WALKER, | ) |
| *Plaintiff*, | ) ) |
| | ) No. 2:03-0078 |
| v. | ) Judge Nixon |
| | ) Magistrate Judge Griffin |
| MICHAEL J. ASTRUE, | ) |
| **Commissioner of Social Security,** | ) |
| *Defendant.* | ) ) |

## ORDER

Pending before the Court is the Magistrate Judge's Report and Recommendation ("Report") in the above-styled matter (Doc. No. 17), to which no timely objections have been filed. Upon review of the Report, the Court finds the recommendation therein to be well-founded and supported by the record. The Court therefore **ADOPTS** the Report in its entirety. Accordingly, Plaintiff's Motion for Judgment on the Administrative Record (Doc. No. 13) is **GRANTED** and the Commissioner's decision is **REMANDED** to the ALJ for further proceedings consistent with the Report.

It is so ORDERED.

Entered this the 21st day of October, 2008

JOHN T. NIXON, SENIOR JUDGE
UNITED STATES DISTRICT COURT